AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A pink Apple iPhone, model A2846, serial number LXNLWLJJTX and a SanDisk 256gb thumb drive, identifying number BQ210226997Z, presently located at the FBI Syracuse, New York Office | )<br>)<br>)  Case No. 5:25-sw-00201<br>)<br>)  USAO No. 2025R00615<br>)<br>) |

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the Northern District of New York, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement |

The application is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Martin H. Baranski*
*Applicant's signature*

Martin H. Baranski, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Video Conference *(specify reliable electronic means)*.

Date: August 21, 2025

*/s/ Judge's signature*

Hon. Therese Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*

City and state: Syracuse, New York

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR SEARCH WARRANT

I, MARTIN H. BARANSKI, being duly sworn, deposes and states:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property—an electronic device and a data extraction already performed of that device—currently in law enforcement possession.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2018. I have conducted and participated in numerous investigations of criminal activity, including but not limited to criminal violations relating to the sexual exploitation of minors and the possession, receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A. During the investigation of these cases, I have participated in the execution of search warrants and seized evidence of these violations, including electronic evidence. I have also previously served on numerous occasions as the affiant for such search warrants. In addition, I have received formal training in the area of child pornography and child exploitation.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

### IDENTIFICATION OF THE DEVICES TO BE EXAMINED

4. The property to be searched is a pink Apple iPhone, model A2846, serial number LXNLWLJJTX and a SanDisk 256gb thumb drive, identifying number BQ210226997Z that contains a forensic extraction of data of the Apple iPhone performed by the New York State Police ("NYSP") (together, the "Subject Devices").

5.      The Subject Devices are currently located at the FBI Syracuse, NY office, 250 South Clinton St., Suite 330, Syracuse, NY 13202. As described further below, there is probable cause to believe that a search of the Subject Devices will reveal evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2422(b) (coercion enticement) (the "Subject Offense").

6.      The applied-for warrant would authorize the forensic examination of the iPhone and a review of the data on the SanDisk for the purpose of identifying electronically stored data particularly described in Attachment B.

## PROBABLE CAUSE

7.      On or about June 19, 2025, a Task Force Officer (TFO) with the NYSP was acting in an online covert employee capacity (OCE) on Grindr. Grindr has been described as "the world's largest social networking app[lication] for gay, bi, trans, and queer people." In my training and experience, I know that it is commonly used as a mobile application for individuals of the previously described nature to connect and potentially meet for sexual activity.

8.      The NYSP OCE created a Grindr profile that included two age regressed images of a different FBI TFO. The age regressed images were altered to appear as an approximately 14-year-old boy. The NYSP OCE included an age on the Grindr profile of 74 years old to make it appear obvious that the stated and actual age of the user were intentionally inaccurate. In my training and experience, I know that it is common for minors using applications like Grindr to lie about their ages in extreme ways to signal to other users that they are in fact underage.

9.      On the same date, a Grindr profile with the display name of "Useme" and a profile picture of an adult male wearing a red t-shirt messaged the NYSP OCE 14-year-old boy profile. As described further below, "Useme" was Jeremy Soutar, a level 3 registered sex offender in New

2

York with a prior conviction in 2014 for violating N.Y. Penal Law § 130.75(1) (Course of sexual conduct against a child in the first degree).

10. The NYSP OCE stated to Soutar, "I'm only 14 so no license yet ill be 15 at the end of summer." Throughout the conversation, the NYSP OCE continued to reiterate his age to Soutar.

11. In sum and substance, Soutar's messages to the NYSP OCE made it apparent that he had a sexual interest in the 14-year-old boy and sought to entice him to engage in sexual activity. Soutar provided the NYSP OCE with a phone number to transition messaging from Grindr to text messaging. Per open-source research and law enforcement databases, that phone number was associated back to Soutar. A copy of the text message exchange is attached as **Exhibit 1** and incorporated here by reference.

12. Soutar sent the NYSP OCE videos of himself masturbating and inserting objects into his anus. In relation to the videos, Soutar said, "No video of sucking dick but the videos I sent would be something to teach you."

13. On June 20, 2025, Soutar traveled to the Red Roof Inn, in Weedsport, NY, where the NYSP OCE acting as the 14-year-old boy told Soutar that the NYSP OCE was staying. Soutar traveled to the Red Roof Inn in his 2013 Ford F-150 but did not park in the hotel parking lot. Instead, he traveled across the street to the Arby's restaurant parking lot and requested the NYSP OCE meet him there. The NYSP arrested Soutar in the Arby's parking lot.

14. Investigators with the Cayuga County Sheriff's Office ("CCSO") read Soutar his *Miranda* Rights. Soutar indicated that he understood and agreed to waive those rights and speak with investigators. He admitted to owning the Useme Grindr account, messaging with the NYSP OCE, and planning to meet with the 14-year-old boy. He consented for CCSO, the NYSP, and the

3

FBI to search his mobile phone (*i.e.*, the iPhone discussed above), the device he stated that he used for messaging with the NYSP OCE.

15. The NYSP Computer Crimes Unit forensically extracted the Subject Device on or about the date of Soutar's arrest, pursuant to his consent.

16. The iPhone is currently in the lawful possession of the FBI, and data from it has been extracted and a copy saved to the SanDisk 256gb thumb drive described above and in Attachment A. Although the FBI might already have all the necessary authority to examine the Subject Devices, I seek this warrant out of an abundance of caution to be certain that an examination of them will comply with the Fourth Amendment and other applicable laws.

17. The Subject Devices are currently located at the FBI Syracuse, NY office, 250 South Clinton St., Suite 330, Syracuse, NY 13202. In my training and experience, I know that the iPhone and the data saved onto the SanDisk 256gb thumb drive have been stored in a way that their contents are, to the extent material to this investigation, in substantially the same state as they were when they came into the possession of CCSO and the NYSP.

### TECHNICAL TERMS

18. Based on my training and experience, I use the following technical terms to convey the following meanings:

   a. Wireless telephone: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless

4

telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

        b.      Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

        c.      Portable media player: A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

        d.      GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS

navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

    e.  PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

    f.  IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from

6

and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

    g. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

  19. Based on my training, experience, and research, I know that the Devices have capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

  20. Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period on the device. This information can sometimes be recovered with forensics tools.

  21. Based on my knowledge training and experience, I also know that people who collect child pornography often use multiple devices to store and manage their collections. Additionally, digital evidence can be easily transferred from one device to another using various forms of electronic storage including CDs, DVDs, flash drives, and memory cards.

7

22. *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Subject Devices were used, the purpose of their use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Subject Devices and related forensic extraction because:

   a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

   b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

   c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

   d. The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

  e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

  f. I know that when an individual uses an electronic device to obtain or exchange child pornography over the Internet, the individual's electronic device will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime. The electronic device is an instrumentality of the crime because it is used as a means of committing the criminal offense. The electronic device is also likely to be a storage medium for evidence of crime. From my training and experience, I believe that an electronic device used to commit a crime of this type may contain: data that is evidence of how the electronic device was used; data that was sent or received; and other records that indicate the nature of the offense.

  23. *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the devices consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

  24. *Manner of execution.* Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

25.  I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the Subject Device described in Attachment A to seek the items described in Attachment B.

**Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.**

Martin H. Baranski, Special Agent
Federal Bureau of Investigation

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on the 21st day of August 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge

10

## ATTACHMENT A

The property to be searched is a pink Apple iPhone, model A2846, serial number LXNLWLJJTX and a SanDisk 256gb thumb drive, identifying number BQ210226997Z that contains a forensic extraction of data of the Apple iPhone performed by the New York State Police ("NYSP") (together, the "Subject Devices").

The Subject Devices are currently located at

This warrant authorizes a search of the devices for the purpose of identifying the electronically stored information described in Attachment B.







## **ATTACHMENT B**

All records constituting fruits, evidence, and/or instrumentalities of violations of Title 18, United States Code, section 18 U.S.C. § 2422(b) (coercion and enticement) (the "Subject Offense"):

a. Records concerning the knowing persuasion, inducement, enticement, or coercion of any individual who has not attained the age of 18 years to engaged in sexual activity for which any person can be charged with a criminal offense, and the attempt to do so;

b. Visual depictions of Jeremy Soutar masturbating;

c. Communications between Jeremy Soutar and an undercover investigator posing as a 14-year-old boy using an online social moniker known to law enforcement;

d. Grindr application data;

e. Records evidencing intent, knowledge, and/or plan to commit the Subject Offense;

f. Records evidencing a sexual interest in children;

g. Records concerning ownership and/or control of the device identified in Attachment A;

h. Records of any passwords, passcodes, electronic keys, encryption codes, or any other electronic record for the purpose of using such record to gain access to all or part of the data on the device identified in Attachment A.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts, including the Cayuga County Sheriff's Office and New York State Police. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

*Photographs and Recordings of Search*

During the search of the devices identified in Attachment A, photographs and/or recordings may be taken to record the condition thereof and/or the location of items therein or thereon.

# EXHIBIT 1

# Detail for 845-516-8744

| Date | Time | Number | Type | Direction | SMS Delivery Sta | Content |
|---|---|---|---|---|---|---|
| 2025/06/20 | 02:32:46 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Hey |
| 2025/06/20 | 02:37:55 PM EDT | 315-256-2903 | SMS | Incoming | | Hey |
| 2025/06/20 | 02:38:04 PM EDT | 315-256-2903 | SMS | Incoming | | From Grindr? |
| 2025/06/20 | 02:39:56 PM EDT | 315-256-2903 | SMS | Incoming | | Hello |
| 2025/06/20 | 02:42:38 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Yeah |
| 2025/06/20 | 02:43:28 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Sry my phone a pos |
| 2025/06/20 | 02:43:35 PM EDT | 315-256-2903 | MMS | Incoming | | |
| 2025/06/20 | 02:44:12 PM EDT | 315-256-2903 | MMS | Incoming | | |
| 2025/06/20 | 02:44:18 PM EDT | 315-256-2903 | MMS | Incoming | | |
| 2025/06/20 | 02:44:31 PM EDT | 315-256-2903 | SMS | Incoming | | Check them out for now |
| 2025/06/20 | 02:46:39 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Nice 😊 TY |
| 2025/06/20 | 02:46:43 PM EDT | 315-256-2903 | SMS | Incoming | | You got any video or will you make one? |
| 2025/06/20 | 02:46:51 PM EDT | 315-256-2903 | SMS | Incoming | | Yw |
| 2025/06/20 | 02:47:51 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Ill think bout it |
| 2025/06/20 | 02:48:00 PM EDT | 315-256-2903 | SMS | Incoming | | K |
| 2025/06/20 | 02:48:32 PM EDT | 315-256-2903 | SMS | Incoming | | It would make me more comfortable |
| 2025/06/20 | 03:32:48 PM EDT | 315-256-2903 | MMS | Incoming | | |
| 2025/06/20 | 03:33:34 PM EDT | 315-256-2903 | MMS | Incoming | | |
| 2025/06/20 | 03:33:42 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | 💧 ♣ |
| 2025/06/20 | 03:34:38 PM EDT | 315-256-2903 | SMS | Incoming | | Ya if anything I'm always wanting a smoking buddy |
| 2025/06/20 | 03:36:58 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | I like that last vid |
| 2025/06/20 | 03:37:16 PM EDT | 315-256-2903 | SMS | Incoming | | Figured you would |
| 2025/06/20 | 03:37:24 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | you have a vid of what u want to do with me or me to do to u |
| 2025/06/20 | 03:38:37 PM EDT | 315-256-2903 | SMS | Incoming | | No video of sucking dick but the videos I sent would be something to teach you |
| 2025/06/20 | 03:39:05 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | would i suck u or you do it to me |
| 2025/06/20 | 03:39:12 PM EDT | 315-256-2903 | SMS | Incoming | | I really hope we can meet tonight |
| 2025/06/20 | 03:39:17 PM EDT | 315-256-2903 | SMS | Incoming | | Both |
| 2025/06/20 | 03:40:29 PM EDT | 315-256-2903 | SMS | Incoming | | Watch barebackbastards |
| 2025/06/20 | 03:41:01 PM EDT | 315-256-2903 | SMS | Incoming | | What's one thing you really really want to try |
| 2025/06/20 | 03:43:12 PM EDT | 315-256-2903 | MMS | Incoming | | |
| 2025/06/20 | 03:54:47 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | 💧 |
| 2025/06/20 | 03:54:57 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | whats barebackbastards? |
| 2025/06/20 | 03:55:26 PM EDT | 315-256-2903 | SMS | Incoming | | It's a site gay porn |
| 2025/06/20 | 03:55:52 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | oh k |
| 2025/06/20 | 03:56:02 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | i havent really seen to much stuff |
| 2025/06/20 | 03:56:12 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | ty for the vids |
| 2025/06/20 | 03:56:34 PM EDT | 315-256-2903 | SMS | Incoming | | Yw well now you know where to watch |

# Detail for 845-516-8744

| Date | Time | Number | Type | Direction | SMS Delivery Sta | Content |
|---|---|---|---|---|---|---|
| 2025/06/20 | 03:57:28 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | 😊 |
| 2025/06/20 | 04:08:22 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | moms leavin soon |
| 2025/06/20 | 04:09:24 PM EDT | 315-256-2903 | SMS | Incoming | | Ok let me know the address and when to come unless you want to meet at trail by Arby's I'll go walk my dog |
| 2025/06/20 | 04:09:48 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | k |
| 2025/06/20 | 04:10:09 PM EDT | 315-256-2903 | SMS | Incoming | | K to what lol just said slot |
| 2025/06/20 | 04:39:16 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Gone |
| 2025/06/20 | 04:39:29 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Sry she was talking to me |
| 2025/06/20 | 04:39:46 PM EDT | 315-256-2903 | SMS | Incoming | | Cool want me to come now I'll shower there with you |
| 2025/06/20 | 04:40:01 PM EDT | 315-256-2903 | SMS | Incoming | | It's ok I took a nap |
| 2025/06/20 | 04:40:24 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Ok so i shouldnt get clean beforehand |
| 2025/06/20 | 04:40:28 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Wait? |
| 2025/06/20 | 04:40:59 PM EDT | 315-256-2903 | SMS | Incoming | | Unless you want not to shower with me |
| 2025/06/20 | 04:41:08 PM EDT | 315-256-2903 | SMS | Incoming | | Wait???? |
| 2025/06/20 | 04:42:00 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | I was asking if i should wait for u to do it together like u said |
| 2025/06/20 | 04:42:18 PM EDT | 315-256-2903 | SMS | Incoming | | Yes I'd like that |
| 2025/06/20 | 04:42:32 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | K |
| 2025/06/20 | 04:42:34 PM EDT | 315-256-2903 | SMS | Incoming | | When should I come |
| 2025/06/20 | 04:43:06 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Im nervous cus you said you would finger my ass |
| 2025/06/20 | 04:43:14 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Nvr had that done |
| 2025/06/20 | 04:43:23 PM EDT | 315-256-2903 | SMS | Incoming | | No I asked if you ever did |
| 2025/06/20 | 04:43:48 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Oh ok |
| 2025/06/20 | 04:43:55 PM EDT | 315-256-2903 | SMS | Incoming | | I won't do anything you don't want to and I'll stop anytime you say to |
| 2025/06/20 | 04:43:59 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | No never |
| 2025/06/20 | 04:44:12 PM EDT | 315-256-2903 | SMS | Incoming | | Ok that's good to know |
| 2025/06/20 | 04:44:16 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Promise |
| 2025/06/20 | 04:44:44 PM EDT | 315-256-2903 | SMS | Incoming | | Promise I don't want you to have bad experience and be scared to try again |
| 2025/06/20 | 04:45:03 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | K |
| 2025/06/20 | 04:45:04 PM EDT | 315-256-2903 | SMS | Incoming | | I want you to enjoy yourself |
| 2025/06/20 | 04:45:13 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Come over i guess |
| 2025/06/20 | 04:45:24 PM EDT | 315-256-2903 | SMS | Incoming | | Ok what's your address |
| 2025/06/20 | 04:45:47 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Im at the red roof |
| 2025/06/20 | 04:46:36 PM EDT | 315-256-2903 | SMS | Incoming | | Ok I'll let you know when I pull up |
| 2025/06/20 | 04:46:54 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | K |
| 2025/06/20 | 04:47:44 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | 😊 |
| 2025/06/20 | 04:52:13 PM EDT | 315-256-2903 | SMS | Incoming | | Lmao me to |
| 2025/06/20 | 04:56:28 PM EDT | 315-256-2903 | SMS | Incoming | | Step outside |

# Detail for 845-516-8744

| Date | Time | Number | Type | Direction | SMS Delivery Sta | Content |
|---|---|---|---|---|---|---|
| 2025/06/20 | 04:58:22 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Ru here |
| 2025/06/20 | 04:58:25 PM EDT | 315-256-2903 | SMS | Incoming | | I just drove threw |
| 2025/06/20 | 04:58:41 PM EDT | 315-256-2903 | SMS | Incoming | | People outside made me nervous |
| 2025/06/20 | 04:59:10 PM EDT | 315-256-2903 | SMS | Incoming | | I'm at Arby's come meet me then we can go back over to your room together |
| 2025/06/20 | 04:59:18 PM EDT | 315-256-2903 | SMS | Incoming | | Red truck |
| 2025/06/20 | 04:59:41 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | I dont wanna leave my phone just in case |
| 2025/06/20 | 05:00:19 PM EDT | 315-256-2903 | SMS | Incoming | | 2 seconds promise we booth nervous as fuck |
| 2025/06/20 | 05:00:40 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Why ru nervous youve done this b4 |
| 2025/06/20 | 05:00:42 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Lol |
| 2025/06/20 | 05:00:50 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Ive never |
| 2025/06/20 | 05:01:17 PM EDT | 315-256-2903 | SMS | Incoming | | Ya but I've watched to many shows where the person is set up by undercover |
| 2025/06/20 | 05:01:51 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | ? |
| 2025/06/20 | 05:02:22 PM EDT | 315-256-2903 | SMS | Incoming | | Ya undercover stings your underage |
| 2025/06/20 | 05:03:19 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | I dont want u to get in trouble |
| 2025/06/20 | 05:03:51 PM EDT | 315-256-2903 | SMS | Incoming | | Believe it or not it's exactly what they say in every movie |
| 2025/06/20 | 05:04:21 PM EDT | 315-256-2903 | SMS | Incoming | | Go outside right now I'll drive back over if I see you I will park and come in |
| 2025/06/20 | 05:04:47 PM EDT | 315-256-2903 | SMS | Incoming | | Let me know when your outside |
| 2025/06/20 | 05:05:18 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | K |
| 2025/06/20 | 05:06:38 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | Alright ill come to arbys the neighbors are right outside |
| 2025/06/20 | 05:06:45 PM EDT | 315-256-2903 | SMS | Outgoing | Delivered | They talk to my mom |
| 2025/06/20 | 05:06:46 PM EDT | 315-256-2903 | SMS | Incoming | | K |
| 2025/06/20 | 05:06:55 PM EDT | 315-256-2903 | SMS | Incoming | | I figured |